# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MIANNA HOPKINS,<br><br>    Plaintiff,<br><br>v.<br><br>THE HARLEM GLOBETROTTERS INTERNATIONAL, INC., a foreign Corporation, HERSCHEND ENTERTAINMENT STUDIOS, LLC, a foreign corporation, and HERSCHEND FAMILY ENTERTAINMENT CORPORATION, a foreign corporation.<br><br>    Defendant. | CIVIL ACTION FILE NO.:<br>1:24-CV-02448-SEG-WEJ |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Mianna Hopkins and Defendants the Harlem Globetrotters International, Inc., Herschend Entertainment Studios, LLC, and Herschend Family Entertainment Corporation, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action, with each party to bear his or its own attorneys' fees and costs.

Respectfully submitted this 5th day of March, 2025.

<table>
<tr><td>

*/s/ Thomas F. Martin*
Thomas F. Martin
Georgia Bar No. 482595
Kimberly N. Martin
Georgia Bar No. 473410
MARTIN & MARTIN, LLP
1100 Peachtree Street, Suite 200
Atlanta, Georgia 30309
kimberlymartinlaw@gmail.com
tfmartinlaw@msn.com
770.344.7267

**Counsel for Plaintiff**

</td><td>

*/s/ Jeffrey J. Costolnick*
Jeffrey J. Costolnick
Georgia Bar No. 637168
Jessica H. Thomas
Georgia Bar No. 704970
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
191 Peachtree Street, N.E., Suite 4800
Atlanta, GA 30303
Telephone: (404) 881-1300
Facsimile:  (404) 870-1732
jeffrey.costolnick@ogletree.com
jessica.thomas@ogletree.com

**Counsel for Defendants**

</td></tr>
</table>

## **CERTIFICATE OF SERVICE**

I certify that on March 5, 2025, I caused to be electronically filed the forgoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following attorneys of record:

Jeffrey J. Costolnick
jeffrey.costolnick@ogletree.com
Jessica H. Thomas
jessica.thomas@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Ninety One Peachtree Tower
191 Peachtree Street NE, Suite 4800
Atlanta, GA  30303


/s/
Thomas Martin

88221542.v1-OGLETREE